UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. EDWARD MCCALIP,<br><br>Plaintiff<br><br>v.<br><br>TED CONFERENCES, LLC et al.,<br><br>Defendants. | Case No. 2:15-cv-1121-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that all claims of the First Amended Complaint are dismissed with prejudice.

DATE: January 12, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE